IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN G. GARNER, | 1:07-cv-01583 LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT |
| vs. | |
| AVENAL STATE PRISON, et al., | |
| Defendants. | (DOCUMENT #7) |
| _____/ | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On December 7, 2007, plaintiff filed a motion to extend time to file an application to proceed In Forma Pauperis and Certified Copy of Trust Account Statement.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an application to proceed In Forma Pauperis and Certified Copy of Trust Account Statement.


IT IS SO ORDERED.

Dated:   **December 27, 2007**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE